IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHELE CROHN, a/k/a MICHELE KURTZ,<br><br>                Plaintiff,<br><br>    v.<br><br>FUSCO & MACALUSO, P.A., t/a FUSCO & MACALUSO,<br><br>                Defendant. | Civil No. 08-1054-JHR-AMD |

## SCHEDULING ORDER IN ARBITRATION CASE

       This Scheduling Order confirms the directives given to counsel during the telephone conference on September 26, 2008; and the Court noting the following appearances:  Dean E. Weisgold, Esquire, appearing on behalf of the plaintiff; and David Kreizer, Esquire, appearing on behalf of the defendant; and for good cause shown:

       IT IS this **26th** day of **September 2008**, hereby **ORDERED**:

       1. Defendant is granted leave to file an answer to the complaint no later than **October 3, 2008**.

       2. All pretrial discovery shall be concluded by **November 28, 2008**.  All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

       3. **Depositions**.  All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in <u>Hall v. Clifton Precision</u>, 150 F.R.D. 525 (E.D.Pa. 1993).

       4. All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of plaintiff shall be served upon counsel for defendant not later than **January 9, 2009**.  All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of defendant shall be served upon counsel for plaintiff not later than **February 10, 2009**.  Each such report should be accompanied by the <u>curriculum vitae</u> of the proposed expert witness.

No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed.

The parties shall reserve their rights to conduct depositions of proposed expert witnesses until after the arbitration process or by leave of the Court to be sought via conference call application.

For purposes of this Scheduling Order, treating physicians shall not be considered expert witnesses and shall be treated as fact witnesses who are, however, required to provide reports and records concerning their treatment. However, any doctor who is going to express an opinion as to the cause of a particular condition or as to the future prognosis of a particular condition, shall be considered an expert subject to the requirement of FED. R. CIV. P. 26(a)(2)(B).

The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to F. R. EVID. 701 and <u>Teen-Ed v. Kimball International, Inc.</u>, 620 F.2d 399 (3d Cir. 1980).

5. **Dispositive Motions**. The parties shall reserve their rights to file dispositive motions until after the arbitration process or by leave of the Court to be sought via conference call application.

6. The Court will conduct a settlement conference on **<u>December 4, 2008 at 2:00 P.M.</u>**. Clients with settlement authority shall be available via telephone. Counsel shall exchange and submit settlement memoranda to the Court at least one week prior to the conference.

7. **<u>Arbitration.</u>**  This case will be scheduled for arbitration pursuant to Local Civil Rule 201.1  The Clerk will advise counsel of the time and place of arbitration. By copy of this Order, the Clerk will be requested to schedule the arbitration for a date in **February 2009.**

8. **<u>Joint Final Pretrial Order.</u>** If counsel petitions for a trial <u>de</u> <u>novo</u> after arbitration, the date for submission of the Joint Final Pretrial Order will be scheduled and the date for trial will be set.

9. **<u>Extensions of Time.</u>**  There will be <u>no</u> further extensions of the deadlines set forth in this Order.

      10.  **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

      <u>s/ Ann Marie Donio</u>
      ANN MARIE DONIO
      United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez
     Michelle Stortini, Arbitration Clerk